1

## <u>TABLE OF EXHIBITS</u>

2

<u>Page #</u>

3   Exhibit A ................................................................................1

4   Exhibit B .................................................................................7

5   Exhibit C .................................................................12

6   Exhibit D .................................................................16

7   Exhibit E .................................................................21

8   Exhibit F .................................................................26

9   Exhibit G .................................................................31

10  Exhibit H .................................................................36

11  Exhibit I .................................................................41

12  Exhibit J .................................................................47

13  Exhibit K .................................................................53

14  Exhibit L .................................................................57

15  Exhibit M .................................................................62

16  Exhibit N .................................................................68

17  Exhibit O .................................................................69

18  Exhibit P .................................................................70

19  Exhibit Q .................................................................71

20  Exhibit R .................................................................72

21  Exhibit S .................................................................73

22  Exhibit T .................................................................74

23

24

25

26

27  17265695

28

# EXHIBIT A

(12) **United States Design Patent**　　(10) **Patent No.:**　　**US D462,375 S**

Baden et al.　　　　　　　　　　　　　　　　(45) **Date of Patent:**　　**　**　Sep. 3, 2002

---

(54) **EYEGLASS AND EYEGLASS COMPONENTS**

(75) Inventors: **Colin Baden**; **Peter Yee**, both of Irvine, CA (US)

(73) Assignee: **Oakley, Inc.**, Foothill Ranch, CA (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/134,388**

(22) Filed: **Dec. 20, 2000**

(51) LOC (7) Cl. .................................................... **16-06**
(52) U.S. Cl. ..................................... **D16/326**; D16/327
(58) Field of Search ........................ D16/101, 300–330,
　　　　　D16/335, 338; D29/109, 110; 351/41, 44,
　　　　　51, 52, 111, 119, 158; 2/447, 448

(56) **References Cited**

U.S. PATENT DOCUMENTS

836,796 A　11/1906　Anderson
1,338,880 A　　2/1920　Stevens

(List continued on next page.)

OTHER PUBLICATIONS

Ray Ban Catalog, P18, Eyewear W2642, 1997.*
Asia Pacific Trading Company, Inc. "Asia Pacific 1999–2000", pp. 1 (models M0302SD/PM, M16SD, and M1685SD), 2 (models M1824LPM, M2066SD, M2128SD), 3 (model M3391SD), 5 (model M4771SD), 6 (models M663–1PM, M7107SD), 8 (model M8162SD/PM), 10 (models M942150SD/PM, M942240SD/PM, M94224SD/PM), 21 (models M942150CP, P4988SD), 24 (model M2282SD), 25 (models M5505PM, M60680SD), 35 (models M5409MSG, M7349MSG), and 42 (models M9820IR, M9821IR, M9822IR) unknown publisher and publishing date.

Asia Pacific Trading Company, Inc., "Asia Pacific 2000 Supplement", pp. 2 (models M5915SD, M5932SD, M5936SD, M5956SD), 3 (models M631SD, M6405SD/PM, M7920SD), 4 (models M88155SD/PM, M88205SD/PM, M95005PM, M95007SD/PM), 9 (models M98001MSG, M971MSG), unknown publisher and publishing date.
Sunglass Hut International, page stamped G00298, model B, unknown publisher and publishing date.
Alpina, "Serious, Perfect Eye Protection", Tatoo Model—top right corner of third page, unknown publisher and publishing date.
Frames, "Winter 1997", p. 1151, bottom right corner (Revolt model), unknown publisher and publishing date.

(List continued on next page.)

*Primary Examiner*—Raphael Barkai
(74) *Attorney, Agent, or Firm*—Gregory Nelson

(57) **CLAIM**

The ornamental design for an eyeglass and eyeglass component, as shown and described.

**DESCRIPTION**

FIG. **1** is a front perspective view of the eyeglass and the eyeglass components of the present invention;
FIG. **2** is a front elevation view thereof;
FIG. **3** is a rear elevation view thereof;
FIG. **4** is a left-side elevational view thereof, the right-side elevational view being a mirror image thereof;
FIG. **5** is a top view thereof; and,
FIG. **6** is a bottom plan view thereof.
Phantom lining, where utilized, is for illustrative purposes only and is not intended to limit the claimed design to the features shown in phantom.

**1 Claim, 4 Drawing Sheets**



**US D462,375 S**

Page 2

## U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 2,031,771 A | 2/1936 | Grier |
| D116,259 S | 8/1939 | Cook |
| D145,288 S | 7/1946 | Di Cicco |
| 2,482,664 A | 9/1949 | Gagnon |
| D168,903 S | 2/1953 | Neary |
| D169,724 S | 6/1953 | Bauer et al. |
| D193,028 S | 6/1962 | Petitto |
| D199,150 S | 9/1964 | Carmichael |
| D204,496 S | 4/1966 | McCulloch |
| D204,812 S | 5/1966 | Shindler |
| D209,862 S | 1/1968 | McCracken |
| D214,292 S | 5/1969 | Mitchell |
| D228,026 S | 7/1973 | Schindler |
| 5,054,903 A | 10/1991 | Jannard et al. |
| D324,394 S | 3/1992 | Jannard |
| 5,137,342 A | 8/1992 | Jannard et al. |
| D342,534 S | 12/1993 | Jannard et al. |
| D354,501 S | 1/1995 | Jannard |
| D365,591 S | 12/1995 | Jannard et al. |
| D366,890 S | 2/1996 | Arnette |
| D366,891 S | 2/1996 | Arnette |
| D369,614 S | 5/1996 | Fukuchi |
| D371,152 S | 6/1996 | Simioni et al. |
| D372,726 S | 8/1996 | Simioni |
| D373,781 S | 9/1996 | Simioni et al. |
| D376,381 S | 12/1996 | Jannard et al. |
| D378,375 S | 3/1997 | Tsai |
| D383,149 S | 9/1997 | Simioni |
| D388,816 S | 1/1998 | Jannard et al. |
| D391,596 S | 3/1998 | Simioni |
| D392,662 S | 3/1998 | Jannard et al. |
| D399,240 S | 10/1998 | Jannard et al. |
| D399,865 S | 10/1998 | Jannard et al. |
| D406,858 S | 3/1999 | Arnette |
| D410,667 S | 6/1999 | Arnette |
| D414,796 S | 10/1999 | Arnette |
| D436,982 S | 1/2000 | Jannard et al. |
| D420,036 S | 2/2000 | Yee et al. |
| D423,035 S | 4/2000 | Yee et al. |

## OTHER PUBLICATIONS

Frames "Summer 1996", p. 1225, second to bottom in right column ( model GU 5003 Sun), unknown publisher and publishing date.

Unknown source, pp. 90 (model Z5469), 93 (model Z554), 97 (models Z586, Z590, Z585, Z591), 100 (model Z604, Z605, Z606, Z607, Z608) unnumbered page (models B632, B630), 133 (models Z847, Z848), 136 (model Z873), and 328 (both models).

* cited by examiner

**U.S. Patent**      Sep. 3, 2002      Sheet 1 of 4      US D462,375 S



*FIG.1*



## *FIG.2*



## *FIG.3*



## *FIG.4*



*FIG.5*



*FIG.6*

# EXHIBIT B

US00D581444S

(12) **United States Design Patent**          (10) **Patent No.:**          **US D581,444 S**

Jannard et al.                              (45) **Date of Patent:**      ** **Nov. 25, 2008**

(54) **EYEGLASS COMPONENTS**

(75) Inventors: **James H. Jannard**, Spieden Island, WA (US); **Lek Thixton**, Orcas, WA (US); **Colin Baden**, Irvine, CA (US); **Peter Yee**, Irvine, CA (US)

(73) Assignee: **Oakley, Inc.**, Foothill Ranch, CA (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/301,914**

(22) Filed: **Mar. 21, 2008**

**Related U.S. Application Data**

(62) Division of application No. 29/266,547, filed on Sep. 22, 2006, now Pat. No. Des. 569,412.

(51) **LOC (8) Cl.** ................................. **16-06**
(52) **U.S. Cl.** .................... **D16/314**; D16/321; D16/335
(58) **Field of Classification Search** ............... D16/101, D16/300–342; D29/109–110; D24/110.2; 351/41, 44, 51–52, 62, 158, 92, 103–123, 351/140, 153; 2/426–432, 447–449, 441, 2/434–437
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D150,924 | S | 9/1948 | Blight |
| D176,316 | S | 12/1955 | Fleming |
| D178,178 | S | 7/1956 | Fleming |
| D293,450 | S | 12/1987 | Jannard |
| D323,333 | S | 1/1992 | Jannard et al. |
| D324,394 | S | 3/1992 | Jannard |
| D329,442 | S | 9/1992 | Jannard |
| D330,035 | S | 10/1992 | Jannard |
| D331,587 | S | 12/1992 | Jannard et al. |
| 5,249,001 | A | 9/1993 | Jannard |
| D344,742 | S | 3/1994 | Jannard |
| D354,501 | S | 1/1995 | Jannard |
| 5,610,668 | A | 3/1997 | Mage |
| D384,364 | S | 9/1997 | Yee |

| | | | | |
|---|---|---|---|---|
| 5,760,868 | A | 6/1998 | Jannard et al. | |
| D399,519 | S | 10/1998 | Yee | |
| D399,866 | S | 10/1998 | Yee | |
| D401,607 | S | 11/1998 | Miniutti | |
| D410,484 | S | 6/1999 | Jannard et al. | |
| 6,233,342 | B1 | 5/2001 | Fernandez | |
| D458,624 | S | 6/2002 | Soper | |
| D473,892 | S | 4/2003 | Thixton et al. | |
| D497,380 | S | * | 10/2004 | Thixton et al. ............ D16/326 |
| D508,515 | S | * | 8/2005 | Yee et al. ................... D16/335 |
| D513,761 | S | * | 1/2006 | Yee et al. ................... D16/335 |
| D529,066 | S | * | 9/2006 | Matera ...................... D16/315 |

OTHER PUBLICATIONS

U.S. Appl. No. 29/266,547, filed Sep. 22, 2006.
U.S. Appl. No. 29/288,604, filed Jun. 15, 2007.
U.S. Appl. No. 29/288,605, filed Jun. 15, 2007.
U.S. Appl. No. 29/288,606, filed Jun. 15, 2007.

* cited by examiner

*Primary Examiner*—Raphael Barkai
(74) *Attorney, Agent, or Firm*—Gregory K. Nelson

(57) **CLAIM**

The ornamental design for eyeglass components, as shown and described.

**DESCRIPTION**

FIG. **1** is a front perspective view of the eyeglass components of the present invention;

FIG. **2** is a front elevational view thereof;

FIG. **3** is a lateral left-side elevational view thereof, the lateral right-side elevational view being a mirror image thereof;

FIG. **4** is a rear elevational view thereof;

FIG. **5** is a top elevational view thereof; and,

FIG. **6** is a bottom plan view thereof.

Phantom lining, where utilized, is for illustrative purposes only and is not intended to limit the claimed design to the features shown in phantom.

**1 Claim, 4 Drawing Sheets**



**Exhibit B**
**Page 7**

**U.S. Patent**          Nov. 25, 2008          Sheet 1 of 4          US D581,444 S



# FIG. 1

 

*FIG. 2*



*FIG. 3*

 

*FIG. 4*

**U.S. Patent**          Nov. 25, 2008          Sheet 3 of 4          US D581,444 S



# FIG. 5

**U.S. Patent**     Nov. 25, 2008     Sheet 4 of 4     US D581,444 S



*FIG. 6*

# EXHIBIT C

US00D581443S

(12) **United States Design Patent**   (10) Patent No.:     **US D581,443 S**

Jannard et al.     (45) Date of Patent:     ** **Nov. 25, 2008**

(54) **EYEGLASSES COMPONENTS**

(75) Inventors: **James H. Jannard**, Spieden Island, WA (US); **Lek Thixton**, Orcas, WA (US); **Colin Baden**, Irvine, CA (US); **Peter Yee**, Irvine, CA (US)

(73) Assignee: **Oakley, Inc.**, Foothill Ranch, CA (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/301,902**

(22) Filed: **Mar. 21, 2008**

**Related U.S. Application Data**

(62) Division of application No. 29/266,547, filed on Sep. 22, 2006, now Pat. No. Des. 569,412.

(51) **LOC (8) Cl.** .................................. **16-06**
(52) **U.S. Cl.** ................................... **D16/314**
(58) **Field of Classification Search** ............... D16/101, D16/300–342; D29/109–110; D24/110.2; 351/41, 44, 51–52, 62, 158, 92, 103–123, 351/140, 153; 2/426–432, 447–449, 441, 2/434–437

See application file for complete search history.

(56)     **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D150,924 S | | 9/1948 | Blight |
| D176,316 S | | 12/1955 | Fleming |
| D178,178 S | | 7/1956 | Fleming |
| D293,450 S | | 12/1987 | Jannard |
| D323,333 S | | 1/1992 | Jannard et al. |
| D324,394 S | | 3/1992 | Jannard |
| D329,442 S | | 9/1992 | Jannard |
| D330,035 S | | 10/1992 | Jannard |
| D331,587 S | | 12/1992 | Jannard et al. |
| 5,249,001 A | | 9/1993 | Jannard |
| D344,742 S | | 3/1994 | Jannard |
| D346,814 S | * | 5/1994 | Iida ........................... D16/314 |
| D354,501 S | | 1/1995 | Jannard |

| | | | |
|---|---|---|---|
| 5,610,668 A | | 3/1997 | Mage |
| D384,364 S | | 9/1997 | Yee |
| 5,760,868 A | | 6/1998 | Jannard et al. |
| D399,519 S | | 10/1998 | Yee |
| D399,866 S | | 10/1998 | Yee |
| D401,607 S | | 11/1998 | Miniutti |
| D410,484 S | | 6/1999 | Jannard et al. |
| 6,233,342 B1 | | 5/2001 | Fernandez |
| D452,522 S | * | 12/2001 | Chiou ........................ D16/330 |
| D458,624 S | | 6/2002 | Soper |
| D473,892 S | | 4/2003 | Thixton et al. |
| D529,066 S | * | 9/2006 | Matera ....................... D16/315 |

OTHER PUBLICATIONS

U.S. Appl. No. 29/266,547, filed Sep. 22, 2006.
U.S. Appl. No. 29/288,604, filed Jun. 15, 2007.
U.S. Appl. No. 29/288,605, filed Jun. 15, 2007.
U.S. Appl. No. 29/288,606, filed Jun. 15, 2007.

* cited by examiner

*Primary Examiner*—Raphael Barkai
(74) *Attorney, Agent, or Firm*—Gregory K. Nelson

(57)     **CLAIM**

The ornamental design for eyeglass components, as shown and described.

**DESCRIPTION**

FIG. **1** is a front perspective view of the eyeglass components of the present invention;

FIG. **2** is a front elevational view thereof;

FIG. **3** is a rear elevational view thereof;

FIG. **4** is a left-side elevational view thereof, the right-side elevational view being a mirror image thereof;

FIG. **5** is a top elevational view thereof; and,

FIG. **6** is a bottom plan view thereof.

Phantom lining, where utilized, is for illustrative purposes only and is not intended to limit the claimed design to the features shown in phantom.

**1 Claim, 3 Drawing Sheets**



Exhibit C
Page 12

**U.S. Patent**      **Nov. 25, 2008**      **Sheet 1 of 3**      **US D581,443 S**



# *FIG. 1*

Exhibit C
Page 13

**U.S. Patent**      Nov. 25, 2008      Sheet 2 of 3      US D581,443 S



*FIG. 2*



*FIG. 3*



*FIG. 4*

**Exhibit C**
**Page 14**



# FIG. 5



# FIG. 6

Exhibit C
Page 15

# EXHIBIT D

US00D569412S

(12) **United States Design Patent**     (10) Patent No.:      **US D569,412 S**
Jannard et al.                           (45) Date of Patent:   ** **May 20, 2008**

(54) **EYEGLASS AND EYEGLASS COMPONENTS**

(75) Inventors: **James H. Jannard**, Spieden Island, WA
(US); **Lek Thixton**, Orcas, WA (US);
**Colin Baden**, Irvine, CA (US); **Peter
Yee**, Irvine, CA (US)

(73) Assignee: **Oakley, Inc.**, Foothill Ranch, CA (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/266,547**

(22) Filed: **Sep. 22, 2006**

(51) LOC (8) Cl. ................................. **16-06**
(52) U.S. Cl. ..................................... **D16/314**; D16/321
(58) **Field of Classification Search** .............. D16/101,
D16/300–342; D29/109–110; D24/110.2;
351/41, 44, 51–52, 62, 158, 92, 103–123,
351/140, 153;  2/426–432, 447–449, 441,
2/434–437; D21/483, 659–661
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D150,924 | S | 9/1948 | Blight |
| D176,316 | S | 12/1955 | Fleming |
| D178,178 | S | 7/1956 | Fleming |
| D293,450 | S | 12/1987 | Jannard |
| D323,333 | S | 1/1992 | Jannard et al. |
| D324,394 | S | 3/1992 | Jannard |
| D329,442 | S | 9/1992 | Jannard |
| D330,035 | S | 10/1992 | Jannard |
| D331,587 | S | 12/1992 | Jannard et al. |
| 5,249,001 | A | 9/1993 | Jannard |
| D344,742 | S | 3/1994 | Jannard |
| D354,501 | S | 1/1995 | Jannard |

| | | | | |
|---|---|---|---|---|
| 5,610,668 | A | | 3/1997 | Mage |
| D384,364 | S | | 9/1997 | Yee |
| 5,760,868 | A | | 6/1998 | Jannard et al. |
| D399,519 | S | | 10/1998 | Yee |
| D399,866 | S | | 10/1998 | Yee |
| D401,607 | S | | 11/1998 | Miniutti |
| D410,484 | S | | 6/1999 | Jannard et al. |
| 6,233,342 | B1 | | 5/2001 | Fernandez |
| D447,162 | S | * | 8/2001 | Jannard et al. ............ D16/326 |
| D458,624 | S | | 6/2002 | Soper |
| D473,892 | S | | 4/2003 | Thixton et al. |
| D508,515 | S | * | 8/2005 | Yee et al. .................. D16/335 |
| D513,761 | S | * | 1/2006 | Yee et al. .................. D16/321 |
| D533,889 | S | * | 12/2006 | Saderholm et al. ........ D16/314 |
| D545,868 | S | * | 7/2007 | Chuang ..................... D16/314 |

* cited by examiner

*Primary Examiner*—Raphael Barkai
(74) *Attorney, Agent, or Firm*—Gregory K. Nelson

(57) **CLAIM**

The ornamental design for eyeglass and eyeglass components, as shown and described.

**DESCRIPTION**

FIG. **1** is a front perspective view of the eyeglass and the eyeglass components of the present invention;

FIG. **2** is a front elevational view thereof;

FIG. **3** is a rear elevational view thereof;

FIG. **4** is a left-side elevational view thereof, the right-side elevational view being a mirror image thereof;

FIG. **5** is a top plan view thereof; and,

FIG. **6** is a bottom plan view thereof.

**1 Claim, 4 Drawing Sheets**





*FIG. 1*



*FIG. 2*



*FIG. 3*



*FIG. 4*



*FIG. 5*



*FIG. 6*

# EXHIBIT E

US00D649579S

(12) **United States Design Patent**   (10) Patent No.:     **US D649,579 S**
   Thixton                                (45) Date of Patent:  ** **Nov. 29, 2011**

(54) **EYEGLASS**

(75) Inventor:   **Lek Thixton**, Eastsound, WA (US)

(73) Assignee:  **Oakley, Inc.**, Foothill Ranch, CA (US)

(**) Term:      **14 Years**

(21) Appl. No.: **29/391,383**

(22) Filed:      **May 6, 2011**

(51) **LOC (9) Cl.** ................................................. **16-06**
(52) **U.S. Cl.** ..................................... **D16/321**; D16/326
(58) **Field of Classification Search** ................. D16/101,
        D16/300–342, 900; D29/109–110; D24/110.2;
        351/41, 44, 51–52, 62, 158, 92, 103–123,
        351/140, 153, 45–46; 2/426–432, 447–449,
        2/441, 434–437, 13, 15; D21/483, 659–661
    See application file for complete search history.

(56)                **References Cited**

          U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D178,178 S |   | 7/1956 | Fleming |
| D192,885 S |   | 5/1962 | Pettito |
| D210,418 S |   | 3/1968 | Bloch et al. |
| D218,569 S |   | 9/1970 | McCracken |
| D244,281 S | * | 5/1977 | Teufelhart .................... D16/326 |
| D380,766 S |   | 7/1997 | Simioni |
| D488,499 S | * | 4/2004 | Mage ........................... D16/326 |
| D497,934 S |   | 11/2004 | Sheldon |
| D534,573 S | * | 1/2007 | Mage ........................... D16/326 |
| D539,833 S |   | 4/2007 | Chuang |
| D545,348 S | * | 6/2007 | Chen ........................... D16/326 |
| D545,868 S |   | 7/2007 | Chuang |
| D550,272 S |   | 9/2007 | Markovitz |
| D554,689 S |   | 11/2007 | Jannard et al. |
| D555,705 S |   | 11/2007 | Chuang |
| D561,809 S |   | 2/2008 | Yee |
| D561,811 S | * | 2/2008 | Fox et al. ..................... D16/325 |
| D561,812 S | * | 2/2008 | Fox et al. ..................... D16/325 |
| D561,813 S | * | 2/2008 | Baden et al. ................. D16/325 |
| D569,412 S |   | 5/2008 | Jannard et al. |
| D570,897 S |   | 6/2008 | Fuchs |
| D575,323 S |   | 8/2008 | Jannard et al. |
| D581,444 S |   | 11/2008 | Jannard et al. |
| D583,405 S | * | 12/2008 | Chen ........................... D16/326 |
| D585,475 S |   | 1/2009 | Yang |
| D586,379 S | * | 2/2009 | Thixton et al. ............... D16/325 |
| D595,333 S | * | 6/2009 | Markovitz et al. .......... D16/326 |
| D599,838 S |   | 9/2009 | Rohrbach |
| D601,613 S |   | 10/2009 | Yee |
| D604,756 S |   | 11/2009 | Shin et al. |
| D604,758 S |   | 11/2009 | Rohrbach et al. |
| D604,759 S |   | 11/2009 | Rohrbach et al. |
| D606,578 S | * | 12/2009 | Markovitz et al. .......... D16/320 |
| D607,040 S |   | 12/2009 | Rohrbach |
| D610,603 S |   | 2/2010 | Thixton |
| D610,604 S |   | 2/2010 | Thixton |
| D616,013 S |   | 5/2010 | Reed |
| D616,919 S |   | 6/2010 | Thixton |
| D620,970 S |   | 8/2010 | Thixton |
| D622,304 S |   | 8/2010 | Baden et al. |
| D629,830 S | * | 12/2010 | Markovitz et al. .......... D16/326 |
| D636,010 S |   | 4/2011 | Moritz |

* cited by examiner

*Primary Examiner* — Raphael Barkai
(74) *Attorney, Agent, or Firm* — Knobbe Martens Olson &
Bear, LLP

(57)                **CLAIM**

The ornamental design for an eyeglass, as shown and
described.

           **DESCRIPTION**

FIG. **1** is a front perspective view of an eyeglass of the present
invention;
FIG. **2** is a front elevational view of the eyeglass of FIG. **1**;
FIG. **3** is a rear elevational view of the eyeglass of FIG. **1**;
FIG. **4** is a left side elevational view of the eyeglass of FIG. **1**,
the right side elevational view being a mirror image thereof;
FIG. **5** is a top plan view of the eyeglass of FIG. **1**; and,
FIG. **6** is a bottom plan view of the eyeglass of FIG. **1**.

           **1 Claim, 4 Drawing Sheets**





# FIG. 1



**FIG. 2**



**FIG. 3**



**FIG. 4**

**U.S. Patent**        Nov. 29, 2011        Sheet 3 of 4        US D649,579 S



# FIG. 5

## FIG. 6



# EXHIBIT F

(12) **United States Design Patent**    (10) Patent No.:       **US D564,571 S**

Jannard et al.    (45) Date of Patent:     ** **Mar. 18, 2008**

---

(54) **EYEGLASS AND EYEGLASS COMPONENTS**

(75) Inventors: **James H. Jannard**, Spieden Island, WA (US); **Lek Thixton**, Orcas, WA (US); **Colin Baden**, Irvine, CA (US); **Peter Yee**, Irvine, CA (US)

(73) Assignee: **Oakley, Inc.**, Foothill Ranch, CA (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/266,786**

(22) Filed: **Sep. 27, 2006**

(51) **LOC (8) Cl.** ................................................. **16-06**

(52) **U.S. Cl.** ..................................... **D16/326**; D16/335

(58) **Field of Classification Search** ....... D16/300–330, D16/101, 332–338; D29/109–110; D24/110.2; 351/41, 44, 51–52, 62, 158, 92, 103–111, 351/156, 61, 114–119, 121–123; 2/426–432, 2/447–449, 441, 434–437

See application file for complete search history.

(56)         **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,397,243 | A | 3/1946 | Cooper |
| D168,903 | S | 2/1953 | Neary |
| D196,000 | S | 8/1963 | McNeill |
| 3,565,517 | A | 2/1971 | Gitlin et al. |
| 3,838,914 | A | 10/1974 | Fernandez |
| 4,787,730 | A | 11/1988 | Bristol |
| 4,951,322 | A | 8/1990 | Lin |
| D468,337 | S * | 1/2003 | Chen ........................ D16/314 |
| D469,459 | S | 1/2003 | Moritz |
| D476,354 | S * | 6/2003 | Chen ........................ D16/315 |
| D478,929 | S | 8/2003 | Baden et al. |
| D483,392 | S * | 12/2003 | Chen ........................ D16/315 |
| D508,515 | S * | 8/2005 | Yee et al. ................... D16/335 |

| | | | |
|---|---|---|---|
| D545,351 | S * | 6/2007 | Jannard et al. ............ D16/326 |
| 2006/0238700 | A1 * | 10/2006 | Del Vecchio ................ 351/103 |

OTHER PUBLICATIONS

Pending U.S. Appl. No. 29/215,624, filed Oct. 20, 2004, Thixton.
Pending U.S. Appl. No. 29/222,726, filed Feb. 2, 2005, Yee et al.
Oakley, Inc., "Oakley Eyewear Catalog, 2005-2006," published 2005, pp. 12, 22, and 23, "Half Wire," "Half Jacket," and "Bottlecap" models, Foothill Ranch, California.
"Nike Skylong EXP" sunglass, printed from www.sunglasshut.com on Mar. 25, 2005, unknown publication date.
"Bolle Mongel" sunglass, printed from www.sunglasshut.com on Mar. 25, 2005, unknown publication date.

* cited by examiner

*Primary Examiner*—Raphael Barkai
(74) *Attorney, Agent, or Firm*—Gregory K. Nelson

(57)         **CLAIM**

The ornamental design for eyeglass and eyeglass components, as shown and described.

**DESCRIPTION**

FIG. **1** is a front perspective view of the eyeglass and the eyeglass components of the present invention;

FIG. **2** is a front elevational view thereof;

FIG. **3** is a rear elevational view thereof;

FIG. **4** is a left-side elevational view thereof, the right-side elevational view being a mirror image thereof;

FIG. **5** is a top plan view thereof; and,

FIG. **6** is a bottom plan view thereof.

Phantom lining, where utilized, is for illustrative purposes only and is not intended to limit the claimed design to the features shown in phantom.

**1 Claim, 4 Drawing Sheets**





**U.S. Patent**     Mar. 18, 2008     Sheet 1 of 4     **US D564,571 S**



# FIG. 1



*FIG. 2*



*FIG. 3*



*FIG. 4*



# FIG. 5



## FIG. 6

# EXHIBIT G

US00D547794S

(12) **United States Design Patent**          (10) Patent No.:          **US D547,794 S**

Jannard et al.                                 (45) Date of Patent:     ** **Jul. 31, 2007**

(54) **EYEGLASSES**

(75) Inventors: **James H. Jannard**, Spieden Island, WA (US); **Hans Karsten Moritz**, Foothill Ranch, CA (US); **Colin Baden**, Irvine, CA (US)

(73) Assignee: **Oakley, Inc.**, Foothill Ranch, CA (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/227,719**

(22) Filed: **Apr. 13, 2005**

(51) LOC (8) Cl. .................................... **16-06**

(52) U.S. Cl. .................................... **D16/326**

(58) Field of Classification Search ...... D16/300–330, D16/101, 332–338; D29/109–110; D24/110.2; 351/41, 44, 51–52, 62, 158, 92, 103–111, 351/156, 61, 114–119, 121–123; 2/426–432, 2/447–449, 441, 436, 434–437
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D192,885 S | * | 5/1962 | Petitto ...................... D16/329 |
| D193,028 S | | 6/1962 | Petitto |
| D199,150 S | | 9/1964 | Carmichael |
| D202,658 S | | 10/1965 | Petitto |
| D209,862 S | | 1/1968 | McCracken |
| D210,418 S | * | 3/1968 | Bloch ...................... D16/326 |
| D218,569 S | * | 9/1970 | McCracken ................ D16/325 |
| D264,094 S | * | 4/1982 | Morris ...................... D16/325 |
| D268,683 S | | 4/1983 | Tenny |
| D285,020 S | | 8/1986 | Schmidthaler |
| D372,726 S | | 8/1996 | Simioni |
| D390,589 S | | 2/1998 | Simioni |
| D397,351 S | | 8/1998 | Simioni |
| D399,238 S | * | 10/1998 | Simioni ...................... D16/326 |
| D407,099 S | | 3/1999 | Wang |

| | | | |
|---|---|---|---|
| D414,796 S | | 10/1999 | Arnette |
| D420,035 S | * | 2/2000 | Hartman ...................... D16/325 |
| D449,641 S | * | 10/2001 | Arnette ...................... D16/326 |
| D488,499 S | * | 4/2004 | Mage ...................... D16/326 |
| D500,781 S | * | 1/2005 | Mage ...................... D16/326 |
| D518,847 S | * | 4/2006 | Teng ...................... D16/326 |
| D532,033 S | * | 11/2006 | Mangum ...................... D16/326 |
| D534,572 S | * | 1/2007 | Teng ...................... D16/326 |
| D534,573 S | * | 1/2007 | Mage ...................... D16/326 |
| D536,028 S | * | 1/2007 | Paulson ...................... D16/326 |
| D537,467 S | * | 2/2007 | Teng ...................... D16/326 |

OTHER PUBLICATIONS

Sunglass Hut, p. 5, 2002.*

* cited by examiner

*Primary Examiner*—Raphael Barkai
(74) *Attorney, Agent, or Firm*—Gregory K. Nelson

(57) **CLAIM**

The ornamental design for an eyeglasses, as shown and described.

**DESCRIPTION**

FIG. **1** is a front perspective view of the eyeglasses of the present invention;

FIG. **2** is a left-side elevational view of the eyeglasses, the right side elevational view being a mirror image thereof;

FIG. **3** is a front elevational view thereof;

FIG. **4** is a rear elevational view thereof;

FIG. **5** is a top plan view thereof; and,

FIG. **6** is a bottom plan view thereof.

Phantom lining, where utilized, is for illustrative purposes only and is not intended to limit the claimed design to the features shown in phantom.

**1 Claim, 4 Drawing Sheets**





# FIG. 1



*FIG. 2*



*FIG. 3*



*FIG. 4*



# FIG. 5



# FIG. 6

# EXHIBIT H

US00D554689S

(12) **United States Design Patent**
Jannard et al.

(10) Patent No.:   **US D554,689 S**
(45) Date of Patent:   **  Nov. 6, 2007**

(54) **EYEGLASS FRAME**

(75) Inventors: **James H. Jannard**, Spieden Island, WA (US); **Hans Karsten Moritz**, Foothill Ranch, CA (US); **Colin Baden**, Irvine, CA (US)

(73) Assignee: **Oakley, Inc.**, Foothill Ranch, CA (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/272,776**

(22) Filed: **Feb. 15, 2007**

### Related U.S. Application Data

(62) Division of application No. 29/227,719, filed on Apr. 13, 2005.

(51) **LOC (8) Cl.** ............................................. **16-06**
(52) **U.S. Cl.** .................................................. **D16/326**
(58) **Field of Classification Search** ....... D16/300–330, D16/101, 332–338; D29/109–110; D24/110.2; 351/41, 44, 51–52, 62, 158, 92, 103–111, 351/156, 61, 114–119, 121–123; 2/426–432, 2/447–449, 441, 436, 434–437
See application file for complete search history.

(56) **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D192,885 | S | * | 5/1962 | Petitto ........................ D16/329 |
| D193,028 | S | | 6/1962 | Petitto |
| D199,150 | S | | 9/1964 | Carmichael |
| D202,658 | S | | 10/1965 | Petitto |
| D209,862 | S | | 1/1968 | McCracken |
| D210,418 | S | * | 3/1968 | Bloch ........................ D16/326 |
| D218,569 | S | * | 9/1970 | McCracken ................. D16/325 |
| D264,094 | S | * | 4/1982 | Morris ........................ D16/325 |
| D268,683 | S | | 4/1983 | Tenny |
| D285,020 | S | | 8/1986 | Schmidthaler |
| D372,726 | S | | 8/1996 | Simioni |
| D390,589 | S | | 2/1998 | Simioni |
| D397,351 | S | | 8/1998 | Simioni |
| D399,238 | S | * | 10/1998 | Simioni ...................... D16/326 |
| D407,099 | S | | 3/1999 | Wang |
| D414,796 | S | | 10/1999 | Arnette |
| D420,035 | S | * | 2/2000 | Hartman ..................... D16/325 |
| D449,641 | S | * | 10/2001 | Arnette ...................... D16/326 |
| D488,499 | S | * | 4/2004 | Mage ......................... D16/326 |
| D500,781 | S | * | 1/2005 | Mage ......................... D16/326 |
| D518,847 | S | * | 4/2006 | Teng .......................... D16/326 |
| D532,033 | S | * | 11/2006 | Mangum ..................... D16/326 |
| D534,572 | S | * | 1/2007 | Teng .......................... D16/326 |
| D534,573 | S | * | 1/2007 | Mage ......................... D16/326 |
| D536,028 | S | * | 1/2007 | Paulson ...................... D16/326 |
| D537,467 | S | * | 2/2007 | Teng .......................... D16/326 |

#### OTHER PUBLICATIONS

Sunglass Hut, p. 5, 2002.*
U.S. Appl. No. 29/227,719, filed Apr. 13, 2005, Jannard, Pending application.

* cited by examiner

*Primary Examiner*—Raphael Barkai
(74) *Attorney, Agent, or Firm*—Gregory K. Nelson

(57) **CLAIM**

The ornamental design for an eyeglass frame, as shown and described.

**DESCRIPTION**

FIG. **1** is a front perspective view of the eyeglass frame of the present invention;

FIG. **2** is a left-side elevational view thereof, the right-side elevational view being a mirror image thereof;

FIG. **3** is a front elevational view thereof;

FIG. **4** is a rear elevational view thereof;

FIG. **5** is a top elevational view thereof; and,

FIG. **6** is a bottom plan view thereof.

Phantom lining, where utilized, is for illustrative purposes only and is not intended to limit the claimed design to the features shown in phantom.

**1 Claim, 4 Drawing Sheets**



Exhibit H
Page 36

**U.S. Patent**          Nov. 6, 2007          Sheet 1 of 4          **US D554,689 S**



# *FIG. 1*



## FIG. 2



## FIG. 3



## FIG. 4

**U.S. Patent**　　　Nov. 6, 2007　　　Sheet 3 of 4　　　**US D554,689 S**



# *FIG. 5*

Case 3:14-cv-00358-BTM-DHB   Document 1-1   Filed 02/14/14   PageID.63   Page 49 of 94



# FIG. 6

# EXHIBIT I

US00D556818S

(12) **United States Design Patent**    (10) Patent No.:    **US D556,818 S**

Jannard et al.    (45) Date of Patent:    **       Dec. 4, 2007

(54) **EYEGLASS COMPONENTS**

(75) Inventors: **James H. Jannard**, Spieden Island, WA (US); **Hans Karsten Moritz**, Foothill Ranch, CA (US); **Colin Baden**, Irvine, CA (US)

(73) Assignee: **Oakley, Inc.**, Foothill Ranch, CA (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/272,777**

(22) Filed: **Feb. 15, 2007**

**Related U.S. Application Data**

(62) Division of application No. 29/227,719, filed on Apr. 13, 2005, now Pat. No. Des. 547,794.

(51) **LOC (8) Cl.** .................................................. **16-06**
(52) **U.S. Cl.** ..................................... **D16/326**; D16/335
(58) **Field of Classification Search** ....... D16/300–330, D16/101, 332–338; D29/109–110; D24/110.2; 351/41, 44, 51–52, 62, 158, 92, 103–111, 351/156, 61, 114–119, 121–123; 2/426–432, 2/447–449, 441, 436, 434–437
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| D193,028 S | 6/1962 | Petitto |
| D199,150 S | 9/1964 | Carmichael |
| D202,658 S | 10/1965 | Petitto |
| D209,862 S | 1/1968 | McCracken |
| D268,683 S | 4/1983 | Tenny |
| D285,020 S | 8/1986 | Schmidthaler |
| D372,726 S | 8/1996 | Simioni |
| D390,589 S | 2/1998 | Simioni |
| D397,351 S | 8/1998 | Simioni |
| D407,099 S | 3/1999 | Wang |
| D414,796 S | 10/1999 | Arnette |

| | | | | |
|---|---|---|---|---|
| D481,063 S | * | 10/2003 | Lane | D16/326 |
| D500,781 S | * | 1/2005 | Mage | D16/335 |
| D534,572 S | * | 1/2007 | Teng | D16/337 |
| D535,318 S | * | 1/2007 | Teng | D16/335 |
| D535,319 S | * | 1/2007 | Chuang | D16/326 |
| D536,026 S | * | 1/2007 | Bruck | D16/326 |
| D537,467 S | * | 2/2007 | Teng | D16/326 |

OTHER PUBLICATIONS

Pending U.S. Appl. No. 29/227,719, filed Apr. 13, 2005, Jannard.

* cited by examiner

*Primary Examiner*—Raphael Barkai
(74) *Attorney, Agent, or Firm*—Gregory K. Nelson

(57)    **CLAIM**

The ornamental design for an eyeglass components, as shown and described.

**DESCRIPTION**

FIG. **1** is a front perspective view of the eyeglass components of the present invention;

FIG. **2** is a perspective view thereof;

FIG. **3** is a front elevational view thereof;

FIG. **4** is a lateral left-side elevational view thereof, the lateral right-side elevational view being a mirror image thereof;

FIG. **5** is a medial left-side elevational view thereof, the medial right-side elevational view being a mirror image thereof;

FIG. **6** is a rear elevational view thereof;

FIG. **7** is a bottom plan view thereof; and,

FIG. **8** is a top elevational view thereof.

Phantom lining, where utilized, is for illustrative purposes only and is not intended to limit the claimed design to the features shown in phantom.

**1 Claim, 5 Drawing Sheets**



**Exhibit I**
**Page 41**

**U.S. Patent**      Dec. 4, 2007      Sheet 1 of 5      **US D556,818 S**



*FIG. 1*

Exhibit I
Page 42



# *FIG. 2*

**Exhibit I**
**Page 43**

Case 3:14-cv-00358-BTM-DHB   Document 1-1   Filed 02/14/14   PageID.68   Page 54 of 94



**FIG. 3**

**FIG. 4**

**FIG. 5**

**FIG. 6**

Exhibit I
Page 44

**U.S. Patent**      Dec. 4, 2007      Sheet 4 of 5      **US D556,818 S**



*FIG. 7*

Exhibit I
Page 45

**U.S. Patent**        Dec. 4, 2007        Sheet 5 of 5        US D556,818 S



# FIG. 8

Exhibit I
Page 46

# EXHIBIT J

US00D557326S

(12) **United States Design Patent**    (10) Patent No.:    **US D557,326 S**

Jannard et al.    (45) Date of Patent:    ** **Dec. 11, 2007**

(54) **EYEGLASS COMPONENTS**

(75) Inventors: **James H. Jannard**, Spieden Island, WA (US); **Hans Karsten Moritz**, Foothill Ranch, CA (US); **Colin Baden**, Irvine, CA (US)

(73) Assignee: **Oakley, Inc.**, Foothill Ranch, CA (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/288,607**

(22) Filed: **Jun. 15, 2007**

**Related U.S. Application Data**

(62) Division of application No. 29/262,974, filed on Jul. 14, 2006.

(51) **LOC (8) Cl.** ................................... **16-06**
(52) **U.S. Cl.** ...................................................... **D16/326**
(58) **Field of Classification Search** .............. D16/101, D16/300–334, 335, 336–330, 332–338, 341, D16/342; D21/190; D24/110.2; 2/12, 13, 2/426, 432, 434–437, 441, 447–449, 453; 351/41, 44, 47, 51, 61–63, 83, 89, 90, 158; D14/137, 156, 157, 168, 169, 188, 189–199, D14/265, 446; D27/148; 359/618; 381/327
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D184,274 | S | 1/1959 | Darr |
| D190,884 | S | 7/1961 | Rose et al. |
| D192,884 | S | 5/1962 | Pettito |
| D198,939 | S | 8/1964 | Huggins |
| D200,734 | S | 3/1965 | Zurich |
| D200,735 | S | 3/1965 | Mitchell |
| D202,658 | S | 10/1965 | Pettito |
| D209,892 | S | * 1/1968 | McCracken ................ D12/605 |
| 3,591,263 | A | * 7/1971 | Esterson ................... 351/44 |
| 4,703,522 | A | * 11/1987 | Schurle et al. ............... 2/432 |
| D372,726 | S | 8/1996 | Simioni |
| D399,866 | S | * 10/1998 | Yee ........................... D16/330 |
| D420,035 | S | 2/2000 | Hartman .................. D16/325 |
| D425,103 | S | * 5/2000 | Yee et al. ................. D16/326 |

| | | | |
|---|---|---|---|
| 6,233,342 | B1 | 5/2001 | Fernandez |
| D461,834 | S | * 8/2002 | Jannard et al. ............. D16/326 |
| D462,375 | S | * 9/2002 | Baden et al. .............. D16/326 |
| D464,669 | S | * 10/2002 | Thixton et al. ............. D16/326 |
| D470,166 | S | * 2/2003 | Yee et al. .................. D16/326 |
| D473,892 | S | * 4/2003 | Thixton et al. ............. D16/314 |
| D484,173 | S | 12/2003 | Jannard et al. |
| D485,570 | S | * 1/2004 | Teng ........................ D16/314 |
| D489,394 | S | 5/2004 | Teng |
| D497,380 | S | * 10/2004 | Thixton et al. ............. D16/326 |
| D505,151 | S | * 5/2005 | Windham .................. D16/326 |
| D514,613 | S | 2/2006 | Jannard et al. |
| D523,461 | S | 6/2006 | Jannard et al. |
| 7,182,459 | B1 | * 2/2007 | Chen .......................... 351/158 |
| D539,830 | S | * 4/2007 | Saderholm et al. ........ D16/326 |
| D542,330 | S | * 5/2007 | Elmore ...................... D16/326 |

OTHER PUBLICATIONS

Pending U.S. Appl. No. 29/227,719, filed Apr. 13, 2005, Jannard et al.

(Continued)

*Primary Examiner*—T. Chase Nelson
*Assistant Examiner*—Barbara B Lohr
(74) *Attorney, Agent, or Firm*—Gregory K. Nelson

(57)    **CLAIM**

The ornamental design for eyeglass components, as shown and described.

**DESCRIPTION**

FIG. **1** is a front perspective view of the eyeglass components of the present invention;

FIG. **2** is a front elevational view thereof;

FIG. **3** is a rear elevational view thereof;

FIG. **4** is a left-side elevational view thereof, the right-side elevational view being a mirror image thereof;

FIG. **5** is a top plan view thereof; and,

FIG. **6** is a bottom plan view thereof.

**1 Claim, 4 Drawing Sheets**





**US D557,326 S**

Page 2

OTHER PUBLICATIONS

Pending U.S. Appl. No. 29/262,974, Jannard et al.

Asia Pacific Trading Co., Inc. *Fashion Plastic Collection II,* Asia Pacific Trading Co. Catalogue 1999-2000, p. 31.

Asia Pacific Trading Co., Inc. *Metal & Plastic Combination V,* Asia Pacific Trading Co. Catalogue 1999-2000, p. 2.

Berthet-Bondet. *B.B. sol 1968,* Sunglass Catalogue, p. 2, 10.

Optical Journal & Review of Optometry, Nov. 1, 1971, p. 12.

\* cited by examiner

**Exhibit J**
**Page 48**

**U.S. Patent**     Dec. 11, 2007     Sheet 1 of 4     US D557,326 S




## FIG. 1

Case 3:14-cv-00358-BTM-DHB   Document 1-1   Filed 02/14/14   PageID.75   Page 61 of 94

 

### *FIG. 2*

 

### *FIG. 3*



### *FIG. 4*

U.S. Patent          Dec. 11, 2007          Sheet 3 of 4          US D557,326 S



*FIG. 5*

**U.S. Patent**      Dec. 11, 2007      Sheet 4 of 4      US D557,326 S



*FIG. 6*

# EXHIBIT K

US00D616919S

(12) **United States Design Patent**   (10) **Patent No.:** **US D616,919 S**
Thixton   (45) **Date of Patent:** ** **Jun. 1, 2010**

(54) **EYEGLASS FRONT**

(75) Inventor: **Lek Thixton**, Eastsound, WA (US)

(73) Assignee: **Oakley, Inc.**, Foothill Ranch, CA (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/348,087**

(22) Filed: **Nov. 25, 2009**

### Related U.S. Application Data

(62) Division of application No. 29/315,956, filed on Aug. 10, 2009, now Pat. No. Des. 610,604.

(51) **LOC (9) Cl.** .................................................. **16-06**
(52) **U.S. Cl.** ......................................... **D16/326**
(58) **Field of Classification Search** ............... D16/101, D16/300–342; D29/109–110; D24/110.2; 351/41, 44, 51–52, 62, 158, 92, 103–123, 351/140, 153, 45–46; 2/426–432, 447–449, 2/441, 436, 434–437, 13, 15; D21/483, 659–661
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D204,812 | S | 5/1966 | Shindler |
| D210,418 | S | 3/1968 | Bloch |
| D377,801 | S | 2/1997 | Wilson |
| D378,375 | S | 3/1997 | Tsai |
| D390,589 | S | 2/1998 | Simioni |
| D397,351 | S | 8/1998 | Simioni |
| D400,230 | S | 10/1998 | Arnette |
| D406,858 | S | 3/1999 | Arnette |
| D411,560 | S | 6/1999 | Arnette |
| D415,515 | S | 10/1999 | Arnette et al. |
| D420,035 | S | 2/2000 | Hartman |

| | | | | |
|---|---|---|---|---|
| D422,010 | S | 3/2000 | Arnette | |
| D430,591 | S | 9/2000 | Arnette | |
| D488,499 | S | 4/2004 | Mage | |
| D500,781 | S | 1/2005 | Mage | |
| D534,573 | S | 1/2007 | Mage | |
| D536,027 | S | 1/2007 | Paulson | |
| D539,830 | S | 4/2007 | Saderholm et al. | |
| D547,794 | S | 7/2007 | Jannard et al. | |
| D550,272 | S | 9/2007 | Markovitz | |
| D552,665 | S | 9/2007 | Mage | |
| D554,689 | S | 11/2007 | Jannard et al. | |
| D556,818 | S | 12/2007 | Jannard et al. | |
| D558,816 | S | 1/2008 | Yee | |
| D561,810 | S | 2/2008 | Fox et al. | |
| D575,323 | S | * | 8/2008 | Jannard et al. ............. D16/326 |
| D604,759 | S | * | 11/2009 | Rohrbach et al. .......... D16/326 |

* cited by examiner

*Primary Examiner*—Raphael Barkai
(74) *Attorney, Agent, or Firm*—Gregory K. Nelson

(57) **CLAIM**

The ornamental design for an eyeglass front, as shown and described.

**DESCRIPTION**

FIG. **1** is a front perspective view of the eyeglass front of the present invention;

FIG. **2** is a front elevational view thereof;

FIG. **3** is a rear elevational view thereof;

FIG. **4** is a left-side elevational view thereof, the right-side elevational view being a mirror image thereof;

FIG. **5** is a top plan view thereof; and,

FIG. **6** is a bottom elevational view thereof.

**1 Claim, 3 Drawing Sheets**





*FIG. 1*



*FIG. 2*



*FIG. 3*



*FIG. 4*



*FIG. 5*

*FIG. 6*

# EXHIBIT L

US00D610604S

(12) **United States Design Patent** (10) Patent No.: **US D610,604 S**
Thixton                                      (45) Date of Patent: ** **Feb. 23, 2010**

(54) **EYEGLASS AND EYEGLASS COMPONENTS**

(75) Inventor: **Lek Thixton**, Eastsound, WA (US)

(73) Assignee: **Oakley, Inc.**, Foothill Ranch, CA (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/315,956**

(22) Filed: **Aug. 10, 2009**

(51) **LOC (9) Cl.** .................................................. **16-06**
(52) **U.S. Cl.** ...................................... **D16/326**; D16/335
(58) **Field of Classification Search** ............... D16/101,
D16/300–342; D29/109–110; D24/110.2;
351/41, 44, 51–52, 62, 158, 92, 103–123,
351/140, 153, 45–46, 157; 2/426–432, 447–449,
2/441, 434–437, 13, 15; D21/483, 659–661
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D204,812 | S | 5/1966 | Shindler |
| D210,418 | S | 3/1968 | Bloch |
| D377,803 | S | 2/1997 | Wilson |
| D378,375 | S | 3/1997 | Tsai |
| D390,589 | S | 2/1998 | Simioni |
| D397,351 | S | 8/1998 | Simioni |
| D400,230 | S | 10/1998 | Arnette |
| D406,858 | S | 3/1999 | Arnette |
| D411,560 | S | 6/1999 | Arnette |
| D415,515 | S | 10/1999 | Arnette et al. |
| D420,035 | S | 2/2000 | Hartman |
| D422,010 | S | 3/2000 | Arnette |
| D430,591 | S | 9/2000 | Arnette |
| D488,499 | S | 4/2004 | Mage |
| D500,781 | S | 1/2005 | Mage |

| | | | | |
|---|---|---|---|---|
| D534,573 | S | | 1/2007 | Mage |
| D536,027 | S | | 1/2007 | Paulson |
| D539,830 | S | | 4/2007 | Saderholm et al. |
| D547,794 | S | | 7/2007 | Jannard et al. |
| D550,272 | S | | 9/2007 | Markovitz |
| D552,665 | S | | 9/2007 | Mage |
| D554,689 | S | | 11/2007 | Jannard et al. |
| D556,818 | S | | 12/2007 | Jannard et al. |
| D558,816 | S | | 1/2008 | Yee |
| D561,810 | S | | 2/2008 | Fox et al. |
| D575,813 | S | * | 8/2008 | Li ............................. D16/326 |
| D594,052 | S | * | 6/2009 | Yang ........................ D16/326 |
| D599,838 | S | * | 9/2009 | Rohrbach ................. D16/326 |
| D604,757 | S | * | 11/2009 | Yee ........................... D16/326 |
| D604,759 | S | * | 11/2009 | Rohrbach et al. ......... D16/326 |

* cited by examiner

*Primary Examiner*—Raphael Barkai
(74) *Attorney, Agent, or Firm*—Gregory K. Nelson

(57) **CLAIM**

The ornamental design for an eyeglass and eyeglass components, as shown.

**DESCRIPTION**

FIG. **1** is a front perspective view of the eyeglass and eyeglass components of the present invention;

FIG. **2** is a front elevational view thereof;

FIG. **3** is a rear elevational view thereof;

FIG. **4** is a left-side elevational view thereof, the right-side elevational view being a mirror image view thereof;

FIG. **5** is a top plan view thereof; and,

FIG. **6** is a bottom plan view thereof.

**1 Claim, 4 Drawing Sheets**



**Exhibit L**
**Page 57**



## FIG. 1

**Exhibit L**
**Page 58**



**FIG. 2**

**FIG. 3**

**FIG. 4**

Exhibit L
Page 59



FIG. 5

Exhibit L
Page 60



*FIG. 6*

**Exhibit L**
**Page 61**

US00D620970S

(12) **United States Design Patent**      (10) **Patent No.:**      **US D620,970 S**
    Thixton                                 (45) **Date of Patent:**   **       Aug. 3, 2010**

(54) **EYEGLASS COMPONENT**

(75) Inventor:   **Lek Thixton**, Eastsound, WA (US)

(73) Assignee:  **Oakley, Inc.**, Foothill Ranch, CA (US)

(**) Term:    **14 Years**

(21) Appl. No.: **29/348,088**

(22) Filed:   **Nov. 25, 2009**

**Related U.S. Application Data**

(62) Division of application No. 29/315,956, filed on Aug. 10, 2009, now Pat. No. Des. 610,604.

(51) **LOC (9) Cl.** ................................. **16-06**
(52) **U.S. Cl.** ............................... **D16/326**
(58) **Field of Classification Search** ............... D16/101, D16/300–342; D29/109–110; D24/110.2; 351/41, 44, 51–52, 62, 158, 92, 103–123, 351/140, 153, 45–46; 2/426–432, 447–449, 2/441, 436, 434–437, 13, 15; D21/483, 659–661
    See application file for complete search history.

(56)          **References Cited**

U.S. PATENT DOCUMENTS

| D204,812 | S |   | 5/1966 | Shindler |
| D210,418 | S |   | 3/1968 | Bloch |
| D377,803 | S |   | 2/1997 | Wilson |
| D378,375 | S |   | 3/1997 | Tsai |
| D390,589 | S |   | 2/1998 | Simioni |
| D397,351 | S |   | 8/1998 | Simioni |
| D400,230 | S |   | 10/1998 | Arnette |
| D406,858 | S |   | 3/1999 | Arnette |
| D411,560 | S |   | 6/1999 | Arnette |
| D415,515 | S |   | 10/1999 | Arnette et al. |
| D420,035 | S |   | 2/2000 | Hartman |
| D422,010 | S |   | 3/2000 | Arnette |
| D430,591 | S |   | 9/2000 | Arnette |
| D488,499 | S |   | 4/2004 | Mage |
| D500,781 | S |   | 1/2005 | Mage |
| D534,573 | S |   | 1/2007 | Mage |
| D536,027 | S |   | 1/2007 | Paulson |
| D539,830 | S |   | 4/2007 | Saderholm et al. |
| D547,794 | S |   | 7/2007 | Jannard et al. |
| D548,269 | S | * | 8/2007 | Baden et al. ............... D16/326 |
| D550,272 | S |   | 9/2007 | Markovitz |
| D552,665 | S |   | 9/2007 | Mage |
| D554,689 | S |   | 11/2007 | Jannard et al. |
| D556,818 | S |   | 12/2007 | Jannard et al. |
| D558,816 | S |   | 1/2008 | Yee |
| D561,810 | S |   | 2/2008 | Fox et al. |
| D568,371 | S | * | 5/2008 | Chen ........................ D16/323 |
| D575,323 | S | * | 8/2008 | Jannard et al. ............. D16/335 |
| D575,813 | S | * | 8/2008 | Li ............................ D16/326 |
| D577,759 | S | * | 9/2008 | Yee .......................... D16/326 |

(Continued)

*Primary Examiner*—Raphael Barkai
(74) *Attorney, Agent, or Firm*—Gregory K. Nelson

(57)           **CLAIM**

The ornamental design for an eyeglass component, as shown and described.

**DESCRIPTION**

FIG. **1** is a front perspective view of the eyeglass component of the present invention;

FIG. **2** is a front elevational view thereof;

FIG. **3** is a rear elevational view thereof;

FIG. **4** is a left-side lateral elevational view thereof, the right-side lateral elevational view being a mirror image thereof;

FIG. **5** is a right-side medial elevational view thereof, the left-side medial elevational view being a mirror image thereof;

FIG. **6** is a top plan view thereof; and,

FIG. **7** is a bottom elevational view thereof.

**1 Claim, 4 Drawing Sheets**



**US D620,970 S**

Page 2

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D585,928 S | * | 2/2009 | Markovitz | D16/326 |
| D594,052 S | * | 6/2009 | Yang | D16/326 |
| D595,333 S | * | 6/2009 | Markovitz et al. | D16/321 |
| D604,759 S | * | 11/2009 | Rohrbach et al. | D16/335 |
| D606,113 S | * | 12/2009 | Daems et al. | D16/326 |

* cited by examiner

**Exhibit M**
**Page 63**

**U.S. Patent**     Aug. 3, 2010     Sheet 1 of 4     **US D620,970 S**



*FIG. 1*

**U.S. Patent**          Aug. 3, 2010          Sheet 2 of 4          US D620,970 S



*FIG. 2*

*FIG. 3*

*FIG. 4*

*FIG. 5*



# *FIG. 6*



# FIG. 7

# EXHIBIT N

# EXHIBIT N



# EXHIBIT O

# EXHIBIT O



# EXHIBIT P

# EXHIBIT P



# EXHIBIT Q

# EXHIBIT Q



# EXHIBIT R

# EXHIBIT R



# EXHIBIT S

# EXHIBIT S



# EXHIBIT T

# EXHIBIT T

